UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE M. BEST,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>               Defendant. | Case No. C13-1625-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

      Based on the parties' stipulated motion to reverse and remand the case for further administrative proceedings, Dkt. 16, the Court recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Court recommends that on remand, the Administrative Law Judge shall hold another hearing; further consider whether plaintiff can perform her past relevant work in accordance with Social Security Ruling 82-62, and shall also consider new evidence plaintiff submits as well as the evidence plaintiff previously submitted to the Appeals Council.

      The parties stipulate plaintiff is entitled to reasonable attorney fees under 28 U.S.C. § 2412, upon proper request to this Court. Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Thomas S.

REPORT AND RECOMMENDATION - 1

Zilly immediately approve this Report and Recommendation. The Clerk should note the matter for January 31, 2014 as ready for Judge Zilly's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 31th day of January, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge