UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE M. BEST,<br><br>     Plaintiff,<br><br> v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:13-CV-01625-TSZ-BAT<br><br>**ORDER REMANDING THE MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, having reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Brian A. Tsuchida, docket no. 17, hereby **ADOPTS** the R&R, **GRANTS** the parties' stipulated motion to remand the matter, docket no. 16, and **ORDERS** that this case is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge ("ALJ") will:

(1) Hold another hearing;

(2) Consider whether plaintiff can perform her past relevant work under Social Security Ruling 82-62; and

(3) Consider new evidence plaintiff submits, as well as the evidence plaintiff previously submitted to the Appeals Council.

1   Upon proper presentation, this Court will consider plaintiff's application for costs,
2 expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C.
3 § 2412(a),(d).
4   DATED this 7th day of February, 2014.

THOMAS S. ZILLY
United States District Judge

ORDER REMANDING THE MATTER FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2